Lathrop & Gage LLP
1888 Century Park East, Suite 1000
Los Angeles, CA 90067-1623

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUBLIC STORAGE, a Maryland real estate investment trust,<br><br>Plaintiff, v.<br><br>MARCHEX VOICE SERVICES, INC., a Pennsylvania corporation; MARCHEX SALES LLC, a Delaware corporation; and FELIX CALLS LLC, a Delaware limited liability company,<br>                              Defendants. | Case No.: 2:15-cv-02470-R-AJW<br><br>*Judge: Manuel L. Real*<br><br>**ORDER REGARDING JOINT STIPULATED DISMISSAL WITH PREJUDICE** |

-1-

ORDER RE JOINT
STIPULATED DISMISSAL WITH
PREJUDICE

# ORDER

Upon consideration of the Joint Stipulation for Dismissal submitted by Plaintiff PUBLIC STORAGE, and Defendants MARCHEX VOICE SERVICES, INC., MARCHEX SALES LLC, and FELIX CALLS LLC ("Defendants") (Plaintiff and Defendants collectively the "Parties"), IT IS HEREBY ORDERED THAT:

1. Felix Calls LLC, Marchex Voice Services, Inc., and Marchex Sales LLC and all claims asserted against each of them shall be dismissed from the Action with prejudice.

2. All Cross-Claims asserted between Felix Calls LLC and Marchex Voice Services, Inc., Marchex Sales LLC in the Action shall be dismissed with prejudice.

3. The Parties shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: January 6, 2016

_____
Hon. Manuel L. Real
United States District Judge